**RYAN G. WELDON**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E. Front, Suite 401
Missoula, MT   59802
Phone:   (406) 542-8851
FAX:   (406) 542-1476
E-mail:   Ryan.Weldon@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **MARRY ELLEN JOHNSON,**  Defendant. | **CR-25-34-BU-DLC**  **MOTION TO DISMISS INDICTMENT AGAINST MARRY ELLEN JOHNSON** |

1

The United States moves, pursuant to Fed. R. Crim. P. 48(a), to dismiss the indictment against Marry Ellen Johnson.   This motion is made in the interests of justice.   The United States requests dismissal of counts 1, 2, 34-42, and the forfeiture against Marry Ellen Johnson.

DATED this 6th day of October, 2025.

                              KURT G. ALME
                              United States Attorney


                              *Ryan G. Weldon*
                              RYAN G. WELDON
                              Assistant U.S. Attorney

## CERTIFICATE OF COMPLICANCE

The word count of the above motion contains 160 words, excluding the caption and certificate of compliance.

                                              KURT G. ALME
                                              United States Attorney

                                              *Ryan G. Weldon*
                                              RYAN G. WELDON
                                              Assistant U.S. Attorney