IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARRY ELLEN JOHNSON,<br><br>Defendant. | CR 25–34–BU–DLC<br><br><br><br>ORDER |

The United States has moved, pursuant to Fed. R. Crim. P. 48(A) and in the interests of justice, to dismiss the Indictment against Marry Ellen Johnson. (Doc. 25.)

IT IS ORDERED that the Indictment against Marry Ellen Johnson is DISMISSED.

DATED this 6th day of October, 2025.

_____
Dana L. Christensen, District Judge
United States District Court